## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The Mattress Factory Ltd. ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2:20-CV-1742 |
| v. ) | |
| ) | |
| The Cincinnati Insurance Company ) | |
| ) | |
| Defendant ) | |

### MOTION BY THE CINCINNATI INSURANCE COMPANY TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, The Cincinnati Insurance Company, moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to Dismiss the Complaint of Plaintiff, The Mattress Factory, Ltd., and relies on and incorporates by reference the accompanying memorandum of law and exhibits.

**LITCHFIELD CAVO LLP**

/s/ *Edward Smallwood*
Edward Smallwood, Esquire
PA. ID #80919
Litchfield Cavo LLP
Two Gateway Center
603 Stanwix Street, 10th Floor
Pittsburgh, PA 15222
(412) 291-8240
smallwood@litchfieldcavo.com
Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| The Mattress Factory Ltd. ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2:20-CV-1742 |
| v. ) | |
| ) | |
| The Cincinnati Insurance Company ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within ***MOTION BY THE CINCINNATI INSURANCE COMPANY TO DISMISS PLAINTIFF'S COMPLAINT*** has been served upon all counsel of record via ECF filing this 23rd day of December, 2020 on the following:

Dominic I. Rupprecht, Esquire
REED SMITH LLP
Reed Smith Center
225 Fifth Avenue
Pittsburgh, PA 15222
drupprecht@reedsmith.com

**LITCHFIELD CAVO, LLP**

By: /s/ *Edward A. Smallwood*
Edward A. Smallwood, Esquire
Attorney I.D. #80919
Litchfield Cavo LLP
Two Gateway Center
603 Stanwix Street, 10th Floor
Pittsburgh, PA 15222
smallwood@litchfieldcavo.com