**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| The Mattress Factory LTD ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2:20-CV-1742 |
| v. ) | |
| ) | |
| The Cincinnati Insurance Company ) | |
| ) | |
| Defendant ) | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice with each party to bear its own costs.

Dated: October 31, 2024                                    Dated: October 31, 2024

/s/ *Dominic I.Rupprecht*                                  /s/ *Paul D. Svirbel*
Dominic I. Rupprecht                                       Paul D. Svirbel, Esquire
REED SMITH LLP                                             PA ID # 316395
225 Fifth Avenue                                           LITCHFIELD CAVO LLP
Pittsburgh, PA 15222                                       1515 Market Street, Suite 1220
412-288-3367-Phone                                         Philadelphia, PA 19102
412-288-3063-Fax                                           412-291-8240-Phone
drupprecht@reedsmith.com                                   412-586-4512-Fax
*Counsel for Plaintiff*                                    svirbel@litchfieldcavo.com
*The Mattress Factory LTD*                                 *Counsel for Defendant*
                                                           *The Cincinnati Insurance Company*